THE STATE OF OHIO, APPELLANT, *v.* MCGLAUGHLIN, APPELLEE.

[Cite as *State v. McGlaughlin* (1995), 74 Ohio St.3d 72.]

(No. 94–961—Submitted October 11, 1995—Decided November 22, 1995.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Katherine Press,* Assistant Prosecuting Attorney, for appellant.

*Dye & Fleck, Lewis William Dye* and *William J. Fleck, Jr.,* for appellee.

The judgment of the court of appeals is reversed, and the judgment of the trial court is reinstated on the authority of *State v. Kirk* (1995), 72 Ohio St.3d 564, 651 N.E.2d 981.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.